24103

Samuel Clay MILLER, Petitioner v. STATE of South Carolina, Respondent.
(447 S.E. (2d) 185)

Supreme Court

*Asst. Appellate Defender M. Anne Pearce,* of the *South Carolina Office of Appellate Defense,* Columbia, *for petitioner.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. James Patrick Hudson,* and *Asst. Attys. Gen. Delbert H. Singleton, Jr.* and *Teresa A. Knox,* Columbia, *for respondent.*

Submitted June 10, 1994.

Decided June 20, 1994.

### ON WRIT OF CERTIORARI

*Per Curiam:*

We granted certiorari to review the dismissal of Samuel Clay Miller's application for postconviction relief. After careful consideration, we hereby dismiss the petition as improvidently granted.

/s/ David W. Harwell C.J.
/s/ A. Lee Chandler A.J.
/s/ Ernest A. Finney A.J.
/s/ Jean H. Toal A.J.
/s/ James E. Moore A.J.